# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABENGOA BIOENERGY NEW TECHNOLOGIES, LLC, ABENGOA BIOENERGY COMPANY, LLC, BIOENERGY OF NEBRASKA, LLC, AND ABENGOA BIOENERGY OF NEBRASKA, LLC, <br><br> Defendants. | 8:15CV429 <br><br> ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation of Dismissal (Filing No. 32). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed without prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal (Filing No. 32) is approved;

2. The above-captioned action is dismissed without prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 7th day of November, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge